## VÉRONIQUE CAMPAU, WIDOW OF SIMON CAMPAU
### v.
## CHARLES POUPARD

1807

### JOURNAL ENTRIES

1. Bill of complaint filed . . . . . . . *Journal, infra,* *p. 107
2. Continuance; subpoena ordered . . . . . . . " 110
3. Appearance; rule to answer . . . . . . . . " 129
4. Rule enlarged . . . . . . . . . . . . " 139
5. Rule enlarged . . . . . . . . . . . . " 150
6. Rule enlarged . . . . . . . . . . . . " 153
7. Rule enlarged . . . . . . . . . . . . " 155
8. Rule enlarged . . . . . . . . . . . . " 156
9. Answer filed . . . . . . . . . . . . " 166
10. Evidence and arguments heard . . . . . . . " 174
11. Continuance . . . . . . . . . . . . " 187
12. Decree . . . . . . . . . . . . . " 188

### PAPERS IN FILE

1. Bill of complaint . . . . . . . . . . . *Printed in Vol. 2*
2. Subpoena to appear and answer; return . . . . . "
3. Subpoena for Henry Campau, Samuel Petit and Charles Moran . . . . . . . . . . . "
4. Answer . . . . . . . . . . . . . . "
5. Replication . . . . . . . . . . . . "
6. Petition by plaintiff . . . . . . . . . . "
7. Statement (in French) by plaintiff . . . . . . "
8. List of witnesses . . . . . . . . . . . "
9. Copy of decree . . . . . . . . . . . .
10. Letter appointing trustee . . . . . . . . "
11. Statement of accounts . . . . . . . . . .
12. Translation of conveyance . . . . . . . . .